# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STACY CALDWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-01697-MHC-JSA |
| | ) |
| HD SUPPLY FACILITIES | ) |
| MAINTENANCE, LTD. dba | ) |
| HD SUPPLY; HD SUPPLY | ) |
| MANAGEMENT, INC. [1] | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants HD Supply Facilities Maintenance, Ltd. and HD Supply Management, Inc. (collectively, "HD Supply" or "Defendants") hereby state:

1. The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of Defendants:

---

[1] "HD Supply" is not a legal d/b/a/ for the Defendant HD Supply Facilities Maintenance, Ltd. Further, HD Supply Management, Inc. did not employ Plaintiff at any time and, as such, is not a proper party to this action.

1

a. Stacy Caldwell

  b. HD Supply Facilities Maintenance, Ltd.

  c. HD Supply, Inc.

  d. HD Supply Management, Inc.

  e. HDS Supply Holdings, Inc.

  f. HD Supply GP & Management, Inc.

  g. HD Supply Holdings, LLC

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest or other interest which could be substantially affected by the outcome of this particular action:

  a. Owen, Gleaton, Egan, Jones & Sweeney, LLP

  b. Gordon Rees Scully Mansukhani, LLP

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

  a. Plaintiff:   David L. Pardue
               Owen, Gleaton, Egan, Jones & Sweeney, LLP
               1180 Peachtree Street, N.E., Suite 3000
               Atlanta, Georgia 30309

  b. Defendant:  Leslie K. Eason
               Julia C. Glasgow
               Gordon Rees Scully Mansukhani, LLP

3455 Peachtree Road, Suite 1500
Atlanta, Georgia 30326

Respectfully submitted this 30th day of May, 2018.

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Leslie K. Eason
Leslie K. Eason
Georgia Bar No. 100186
Julia C. Glasgow
Georgia Bar No. 827438
3455 Peachtree Road NE, Suite 1500
Atlanta, Georgia 30326
Telephone: (404) 869-9054
Facsimile: (678) 389-8475
leason@grsm.com
jglasgow@grsm.com

*Counsel for Defendants HD Supply Facilities Maintenance, Ltd. and HD Supply Management, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of May 2018, served a copy of the foregoing upon all parties to this matter by electronically filing the same with the CM/ECF electronic filing system, which will cause a copy to be electronically served on all counsel of record.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Leslie K. Eason*
COUNSEL