**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| STACY CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO.: 1:18-cv-01697- |
| | ) | MHC-JSA |
| | ) | |
| v. | ) | |
| | ) | |
| HD SUPPLY FACILITIES | ) | |
| MAINTENANCE, LTD. dba | ) | |
| HD SUPPLY, HD SUPPLY | ) | |
| MANAGEMENT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S INITIAL DISCLOSURES

**(1)     State precisely the classification of the cause of action being filed, a brief factual outline of the case, including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.**

This is an action for sex discrimination, sexual harassment, and retaliation against Plaintiff Stacy Caldwell ("Caldwell") for HD Supply Facilities Maintenance, Ltd. dba HD Supply and HD Supply Management, Inc. (collectively

"HD Supply") for its unlawful employment practices and discrimination on the basis of sex in violation of 42 U.S.C. §§ 2000E, *et seq.*

Mrs. Caldwell worked for HD Supply at a director-level position in Merchandising for HD Supply from March 7, 2016 until March 23, 2017. On March 8, 2017, Mrs. Caldwell attended a business trip with her supervisor, Kenneth Gratt ("Gratt") in Orlando, Florida. The day before leaving for the trip to Orlando, on March 7, 2017, Mrs. Caldwell had her annual performance review with HD Supply. She received high marks, a $58,000 bonus, a raise in her base salary, and told she would be promoted the next year if she hit her performance targets.

Mrs. Caldwell flew from Atlanta to Orlando with Mr. Gratt and rode in Mr. Gratt's rental car with him from the airport to the hotel where they were to stay. Upon arriving at the hotel, Mrs. Caldwell proceeded to check in using the reservation Mr. Gratt had made and discovered that Mr. Gratt had only booked one hotel room for the two of them. Mrs. Caldwell refused to stay with Mr. Gratt in that room. Upon returning to Atlanta, Mr. Gratt continued to harass Mrs. Caldwell and create a hostile environment based on her gender and his interest in her sexually, and her refusal to reciprocate the interest and accept his hostility led to her termination.

On March 23, 2017, barely two weeks after her review and bonus, and her subsequent refusal to share a hotel room with her supervisor, Mr. Gratt, Mrs. Caldwell was told that if she did not resign immediately, she would be terminated from HD Supply. She was told that her termination was due to her refusal to travel and to talk to Mr. Gratt both of which are false pretexts.

**(2)** **Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.**

Plaintiff has not determined all of the statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law that it will contend is applicable to this action. Without waiving the right to identify additional and/or different authority, Plaintiff identifies the following:

Title VII of the Civil Right Act and the case law interpreting the same.

**(3)** **Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Please see Attachment A.

**(4)** **Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of**

Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying all the provisions of that rule.

Plaintiff has made no determination to call an expert witness at trial at this time. Plaintiff will supplement this response upon making such a determination.

(5) **Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.**

Please see Attachment C.

(6) **In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34.**

Please see Attachment D.

(7) **Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance**

**business may be liable to satisfy part of all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

**(8)   Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiff's cause of action and state the basis and extent of such interest.**

Not applicable.

Respectfully submitted this <u>2nd</u> day of July, 2018.

/s/ David L. Pardue
David L. Pardue
Georgia Bar No.:  561217

Owen, Gleaton, Egan, Jones & Sweeney, LLP
1180 Peachtree Street, N. E., Suite 3000
Atlanta, Georgia 30309
T:  (404) 688-2600; F: (404) 525-4347
E:  dpardue@owengleaton.com

**<u>ATTACHMENT A</u>**
**Preliminary Witness List**

1.    Stacy Caldwell
    c/o David Pardue, Esq.
    Owen Gleaton Eagan Jones & Sweeney, LLP
    1180 Peachtree Street NE, Suite 3000
    Atlanta, GA 30309
    (404) 688-2600

    Mrs. Caldwell is the Plaintiff in this matter and has personal knowledge regarding the events outlined in the Complaint.

2.    Bradley Paulsen
    HD Supply
    Vice President of Facilities Maintenance
    c/o Leslie K. Eason, Esq.
    Gordon Reese Scully Mansukhani, LLP
    3455 Peachtree Road NE, Suite 1500
    Atlanta, GA 30326
    (404) 869-9054

    Mr. Paulsen was Mrs. Caldwell's first supervisor at HD Supply. Mr. Paulsen may have knowledge regarding Mrs. Caldwell's job performance at HD Supply and about Mrs. Caldwell's March 7, 2018 Performance Review.

3.    Kenneth Gratt
    HD Supply
    c/o Leslie K. Eason, Esq.
    Gordon Reese Scully Mansukhani, LLP
    3455 Peachtree Road NE, Suite 1500
    Atlanta, GA 30326
    (404) 869-9054

Mr. Gratt may have information regarding the facts and circumstances surrounding the events outlined in Mrs. Caldwell's Complaint.

4.    Gary Phillips
      HD Supply
      c/o Leslie K. Eason, Esq.
      Gordon Reese Scully Mansukhani, LLP
      3455 Peachtree Road NE, Suite 1500
      Atlanta, GA 30326
      (404) 869-9054

      Mr. Phillips was a co-worker of Mrs. Caldwell's at HD Supply and may have knowledge regarding the facts and circumstances surrounding the events outlined in Mrs. Caldwell's Complaint.

5.    Danielle Davison
      HD Supply
      c/o Leslie K. Eason, Esq.
      Gordon Reese Scully Mansukhani, LLP
      3455 Peachtree Road NE, Suite 1500
      Atlanta, GA 30326
      (404) 869-9054

      Ms. Davison was a co-worker of Mrs. Caldwell's at HD Supply and may have knowledge regarding the facts and circumstances surrounding the events outlined in Mrs. Caldwell's Complaint.

6.    Ted Russ
      HD Supply
      c/o Leslie K. Eason, Esq.
      Gordon Reese Scully Mansukhani, LLP
      3455 Peachtree Road NE, Suite 1500
      Atlanta, GA 30326
      (404) 869-9054

Mr. Russ was a co-worker of Mrs. Caldwell's at HD Supply and may have knowledge regarding the facts and circumstances surrounding the events outlined in Mrs. Caldwell's Complaint.

7.     Sarah McDaniel
       HD Supply
       c/o Leslie K. Eason, Esq.
       Gordon Reese Scully Mansukhani, LLP
       3455 Peachtree Road NE, Suite 1500
       Atlanta, GA 30326
       (404) 869-9054

       Ms. McDaniel worked in Human Resources at HD Supply and may have knowledge regarding HD Supply's human resources practices, as well as knowledge regarding Mrs. Caldwell's job performance at HD Supply.


8.     Plaintiff also identifies any and all individuals disclosed by Defendants in Defendants' Initial Rule 26(a) Disclosures or otherwise as this matter proceeds.

# ATTACHMENT C
## Document List and Description

At this time, Plaintiff identifies the documents, data compilations, and tangible things in its possession, custody, or control listed below. This list is not intended to be exhaustive, as discovery as not yet begun.

1.  Termination Notice

2.  Annual Performance Review of Stacy Caldwell

3.  Communications between Kenneth Gratt and Stacy Caldwell

4.  Plaintiff's W2 forms from HD Supply and her current employer

**ATTACHMENT D**

Plaintiff seeks judgment in an amount to be determined at trial against Defendants for:

a) Back pay;

b) Front pay;

c) Punitive damages;

d) Compensatory damages for emotional distress, suffering, inconvenience, mental anguish, loss of enjoyment of life, and loss to reputation;

e) Pre-judgment interest;

f) Costs and attorney's fees.

Plaintiff reserves the right to amend its claimed damages based on, among other things, discovery exchanged during this case. The documents evidencing and supporting Plaintiff's damages claim include Plaintiff's W2 forms from HD Supply and her current employer that will be made available to Defendants through discovery.

## <u>CERTIFICATE OF COMPLIANCE</u>

As required by Local Rule 7.1D, N.D. Ga., I hereby certify that this pleading has been prepared in Times New Roman 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1B, N.D. Ga.

Respectfully submitted, this <u>2nd</u> day of July, 2018.

/s/ David L. Pardue
David L. Pardue
Georgia Bar No.:  561217

***Counsel for Plaintiff Stacy Caldwell***

Owen, Gleaton, Egan, Jones & Sweeney, LLP
1180 Peachtree Street, N. E., Suite 3000
Atlanta, Georgia 30309
T:  (404) 688-2600; F: (404) 525-4347
E:  dpardue@owengleaton.com

## CERTIFICATE OF SERVICE

This hereby certifies that I have electronically filed the foregoing ***Plaintiff's Initial Disclosures*** on this date with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

This <u>2nd</u> day of July, 2018.

/s/ David L. Pardue_____
David L. Pardue
Georgia Bar No.:  561217

***Counsel for Plaintiff Stacy Caldwell***

Owen, Gleaton, Egan, Jones & Sweeney, LLP
1180 Peachtree Street, N. E., Suite 3000
Atlanta, Georgia 30309
T:  (404) 688-2600; F: (404) 525-4347
E:  dpardue@owengleaton.com