# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| STACY CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| | ) | NO.:1:18-CV-01697-MHC-JSA |
| | ) | |
| v. | ) | |
| | ) | |
| HD SUPPLY FACILITIES | ) | |
| MAINTENANCE, LTD. dba | ) | |
| HD SUPPLY, and HD SUPPLY | ) | |
| MANAGEMENT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFF'S RULE 5.4 CERTIFICATE OF SERVING DISCOVERY**

COMES NOW Plaintiff, Stacy Caldwell, and certifies that by and through her undersigned counsel of record, she has served a copy of the **NOTICE OF DEPOSITION FOR DEBORAH McFARLANE** upon Defendants' counsel of record via e-mail as follows:

Leslie K. Eason, Esq.
leason@grsm.com
Julia C. Glasgow, Esq.
jglasgow@grsm.com
Tiffany N. Taylor, Esq.
ttaylor@grsm.com
Gordon Rees Scully Mansukhani, LLP
55 Ivan Allen Jr., Blvd., N.W.
Suite 750
Atlanta, Georgia 30308

This 22nd day of July, 2019.

                                          */s/ Leslie B. Hartnett*
                                          David L. Pardue
                                          Georgia Bar No. 561217
                                          Leslie B. Hartnett
                                          Georgia Bar No.:  236877

                                          ***Counsel for Plaintiff Stacy Caldwell***

Owen, Gleaton, Egan, Jones & Sweeney, LLP
1180 Peachtree Street, N. E., Suite 3000
Atlanta, Georgia 30309
T:  (404) 688-2600; F: (404) 525-4347
E:     dpardue@owengleaton.com
       Hartnett@owengleaton.com