IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STACY CALDWELL,              :
                                 :
     Plaintiff,           :
                                 :
       v.              :   CIVIL ACTION NO.
                                 :   1:18-CV-1697-MHC-JSA
                                 :
HD SUPPLY FACILITIES     :
MAINTENANCE, LTD,       :
                                 :
     Defendant.       :

## O R D E R

The parties have filed a Joint Status Report [68] informing the Court that they are in the process of finalizing a settlement agreement as to all claims in this action. Therefore, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the case. This closure is not a dismissal and does not preclude the filing of documents, and the case may be re-opened if necessary. The parties are **ORDERED** to file documents to dispose of the case within **sixty (60) days** of the date of this Order. Absent an extension or further order of the Court, if no request to reopen the case is made within sixty days, the case will be considered **DISMISSED WITH PREJUDICE** at that time.

Additionally, the parties have informed the Court that "HD Supply" is not a proper alternative name for Defendant HD Supply Facilities Maintenance, Ltd and that Defendant HD Supply Management, Inc. is not a proper party to this action. The

Clerk is **DIRECTED** to update the docket accordingly and remove Defendant HD Supply Management, Inc. as a party to this action.

    **IT IS SO ORDERED** this 22nd day of November, 2019.

MARK H. COHEN
UNITED STATES DISTRICT JUDGE