## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

STACY CALDWELL, )
)
Plaintiff, )
)
v. ) Case No. 1:18-cv-01697
)
HD SUPPLY FACILITIES )
MAINTENANCE, LTD**.,** d/b/a HD )
SUPPLY, and HD SUPPLY )
MANAGEMENT, INC., )
)
Defendants. )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Stacy Caldwell, by and through her undersigned attorney of record, and Defendants HD Supply Facilities Maintenance, Ltd. and HD Supply Management, Inc. by and through their undersigned attorney of record (the "Parties"), hereby jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to the dismissal with prejudice of this action based upon the settlement agreement reached between the Parties.

The Court shall retain jurisdiction over the matter to enforce the terms of the Parties' settlement agreement.

Respectfully submitted on this 19th day of December, 2019.

**[SIGNATURE OF ATTORNEYS ON FOLLOWING PAGE]**

**PARKE POE ADAMS & BERNSTEIN LLP**

By: */s/ David L. Pardue*
    David L. Pardue
    Georgia Bar No. 561217
    1180 Peachtree Street NE
    Suite 3300
    Atlanta, GA 30309
    davidpardue@parkerpoe.com
    (678) 690-5726 Telephone
    (404) 869-6972 Facsimile

    *Attorneys for Plaintiff*

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Leslie K. Eason*
    Leslie K. Eason
    Georgia Bar No. 100186
    Julia C. Glasgow
    Georgia Bar No. 827438
    55 Ivan Allen Junior Blvd NW
    Suite 750
    Atlanta, GA 30308
    leason@grsm.com
    jglasgow@grsm.com
    (404) 869-9054 Telephone
    (678) 389-8475 Facsimile

    *Counsel for Defendants*